Allen Washburn
(Name)

Norton Correctional Facility
(Institution Register No.)

Inmate #82688, PO Box 546, Norton KS 67654-0546
(Current Mailing Address)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| Allen Dean Washburn, Plaintiff (Full and Correct Name) | CASE NO. 17-3107-SAC-DJW (To be supplied by the Clerk) |
|---|---|
| vs. | |
| Saline County Kansas Jail, Defendants | CIVIL RIGHTS COMPLAINT PURSUANT TO 28 U.S.C. 1331 |

### A. JURISDICTION

1) Allen Washburn (Plaintiff), is a resident of Kansas (State of residency prior to incarceration) who presently located at Norton Correctional Facility, PO Box 546, Norton KS 67654-0546 #82688 (Mailing address or place of confinement.)

2) Defendant Saline County Jail (Name of first defendant) is a resident of 255 N 10th St. Salina Kansas 67401 (City, State), and is employed as _____ (Position and title, if any), and may be located at 255 N 10th St. (Address for service of process). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☐ No ☒

If your answer is "Yes", briefly explain: Right to Medical treatment

XE-2 (F)   CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)   1

3) Defendant _____ is a resident of
(Name of first defendant)

_____, and is employed as
(City, state)

_____, and may be located at
(Position and title, if any)

_____. At the time the
(Address for service of process)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☐. If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331(3). (If you wish to assert jurisdiction under different or additional statuses, you may list them below.)

_____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

I was arrested under a detainer for Trego County Ks. I had 6 screws and plate put in my leg 4 days prior. They took my bandages away, brace, and refused my medications. I requested Emergency services cause wound was getting infected and was denied. I also requested a sterile enviroment and was denied. All Medical Attention was denied. Later I was tested positive for MRSA/staff and had to go through another surgery and several treatments because of infection

XB-2 (F)         CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)          2

## C. CAUSE OF ACTION

1) I allege that my claims arise under the following constitutional provisions or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: __Refusal of Medical treatment__

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

I wasn't allowed Sanitary enviroment, Request for Dr, Medications, Bandages, Brace, Crutches ect.... Because of that I contracted MRSA and had to get Numerous treatments and another Surgery

B) (1) Count II: _____

(2) Supporting Facts: _____

C) (1) Count III: _____

(2) Supporting Facts: _____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒ No ☐ . If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:
      Plaintiffs: Allen Washburn
      Defendants: Trego County
   b) Name of court and docket number  USDC. docket # hasn't been given yet
   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) pending, filed with this case
   d) Issues raised N/A
   e) Approximate date of filing lawsuit _____
   f) Approximate date of disposition _____

E. ADMINISTRATIVE RELIEF

1) Have you presented all grounds for relief raised in this complaint by way of BP-9, BP-10, and BP-11 grievances? Yes ☒ No ☐.

2) If your answer to (1) is "Yes", state the date of disposition, result and reasons given for the administrative decision  Request Medical treatment to Staff (All of them/every Shift) also request for greivance Denied

3) If your answer to (1) is "No", list each ground not fully presented through the administrative grievance process and explain why it was not _____

4) Describe all other procedures you have used (such as tort claim or Parole Commission administrative appeals procedures) to exhaust administrative remedies as to each issue raised.  N/A

F. REQUEST FOR RELIEF

5) I believe that I am entitled to the following relief:

$1,500,000 due to Mental Anguish, Also Medical Bills and time lost from Work

_____        _____
Signature of Attorney (if any)                         Signature of Petitioner

_____
(Attorney's full address and telephone number)

XE-2 (F)          CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)          5